UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY J WEIR,<br><br>    Defendant. | CASE NO. MJ 18-182<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Possession of Child Pornography

<u>Date of Detention Hearing</u>:    April 24, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant was not interviewed by Pretrial Services for this matter. However, most of defendant's background information is available by review of his presentence report

DETENTION ORDER
PAGE -1

for Case No. CR1-072 TSZ, which is pending an evidentiary hearing on allegations of violation of supervised release.   Defendant does not contest entry of an order of detention.

2.     Defendant poses a risk of nonappearance based on a history of noncompliance while on supervision.   Defendant poses a risk of danger based on criminal history.

3.     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

DATED this 24th day of April, 2018.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3