UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-108-RSL |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S THIRD MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINE |
| v. | |
| ANTHONY WEIR, | |
| Defendant. | |

This matter comes before the Court on defendant Anthony Weir's "Third Motion to Continue Trial and Extend Pretrial Motion Deadline." Dkt. #25. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically that, due to an unexpected medical issue, defense counsel needs additional time to fully investigate the issues of the case and conduct legal research. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING THIRD MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTION DEADLINE - 1

3. The Court finds that the additional time requested between February 5, 2019, and the proposed trial date of July 29, 2019[1] is a reasonable period of delay, as defense counsel needs additional time to fully investigate the issues of the case and conduct legal research. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 5, 2019, Dkt. #30, which will permit trial to start on July 29, 2019.

IT IS HEREBY ORDERED that the trial date be continued from February 5, 2019 to July 29, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to June 24, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of February 5, 2019, up to and including August 5, 2019, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

---

[1] Defendant initially waived his right to a speedy trial and consented to the continuation of the date of his trial to a date up to and including April 30, 2019. Dkt. #27. Government counsel had no objection to continuing the trial but expressed concerns with the proposed trial date of April 1, 2019. Dkt. #26. Defendant accordingly consented to the continuation of the date of his trial to a date up to and including August 5, 2019, allowing trial to begin on July 29, 2019. Dkt. #30.

DATED this 25th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING THIRD MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTION DEADLINE - 3