THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR 18-108-RSL |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING STIPULATED<br>) MOTION TO EXTEND PRETRIAL<br>) MOTIONS DEADLINE AND SET |
| ANTHONY J. WEIR, | ) BRIEFING SCHEDULE |
| Defendant. | ) |

THE COURT has considered the parties stipulated motion to extend the pretrial motions deadline and to set a briefing schedule and the record, including the parties' statement that they do not anticipate that granting the requested extension and briefing schedule will impact the trial date in this case.

The Court finds that granting the stipulated motion would serve the ends of justice given defense counsel's reasonable need for additional time to prepare pretrial motions, taking into account the exercise of due diligence, and the parties stipulation in this matter.

IT IS THEREFORE ORDERED that the parties shall adhere to the following:

<u>Pretrial Motions Deadline:</u>    July 1, 2019

<u>Noting Date:</u>    July 15, 2019

<u>Government Response:</u>    July 12, 2019

ORDER GRANTING STIPULATED MOTION
TO EXTEND PRETRIAL MOTIONS
DEADLINE AND SET BRIEFING SCHEDULE
(*USA v. Anthony Weir*; CR18-108RSL)   - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| | | |
|---|---|---|
| 1 | <u>Defense Reply:</u> | July 15, 2019[1] |

DONE this 25th day of June, 2019.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Anthony Weir

s/ *Matthew Hampton*
Assistant United States Attorney

---

[1] Defense response deadline set at the noting date, in accordance with Western District of Washington CrR 12(b)(3).

ORDER GRANTING STIPULATED MOTION
TO EXTEND PRETRIAL MOTIONS
DEADLINE AND SET BRIEFING SCHEDULE
(*USA v. Anthony Weir*; CR18-108RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**